# Exhibit 2

Method Claim: 12

| US7552870 | Lucid ("The accused instrumentality") |
|---|---|
| 12. A method of authorizing usage and trading of network resources comprising:<br><br>**Col 1: lines 6-10**<br><br>*Network Resource: any service or facility that can be made available and accepted for use or delivery by digital transmission over a network,* even if actual fulfilment is carried out by some alternate means. May include Internet or other network access, data storage and data | The accused instrumentality practices a method of authorizing usage and trading of network resources (e.g., earning points through referral and redeeming those points for various rewards such as variety of branded gear, vehicle accessories, limited-edition products, etc. at a different Lucid store).<br><br>As shown below, the accused instrumentality allows customers to earn and redeem points for purchase of new Lucid vehicle. Further, it offers a 'Refer a Friend' program that allows members to earn points by inviting friends to join the loyalty program. The Referrer earns 2000 points after the referred friend or family person completes the purchase of new Lucid vehicle using referrer's referral link. The earned points can be redeemed by the referrer for various rewards such as variety of branded gear, vehicle accessories, limited-edition products, etc. at a different Lucid store. |

| | |
|---|---|
| *processing, among others.*<br><br>**Col 7: lines 59-67, Col 8: line 1**<br><br>*The Use Earned Balance (307) field is used by the System to determine whether any Earned Balance held by the owner of this Network User Device should be used 'First', 'Last' or 'Never' in settling charges for Network Resource Usage by this Network User Device via an Access Gateway. <u>In the case of 'First', any earned balance is used ahead of any cash</u>* | <br><br>https://lucidmotors.com/referral-program |

| | |
|---|---|
| *balance available for the Network User Device (i.e. it is trading Network Resources).*<br><br>**Col 8: lines 20-30**<br><br>*Each Account Record has its own Account UniqueID (401), which identifies it uniquely in the System. <u>Each Account Record also has a single Owned by UniqueID (402), which identifies the UniqueID of the Account's owner</u>. The Account Record may be owned by a registered Trading System User, a registered* | The Lucid referral program is designed to celebrate and reward our most passionate advocates at every turn.<br><br>Earn points to redeem for vehicle accessories, exclusive Lucid merchandise, and unforgettable experiences.<br><br>https://lucidmotors.com/referral-program<br><br>**Legal**<br><br>Lucid Referral Program Terms & Conditions<br><br>Lucid USA, Inc. ("we,""us""Lucid") offers you the opportunity to earn rewards points by referring friends to purchase a Lucid vehicle (a "Vehicle Purchase"). Your participation in the Lucid Referral Program ("Lucid Referral Program" or "Program") can earn you points as described below. We reserve the right to terminate the Program at any time for any reason.<br><br>https://lucidmotors.com/referral-program |

| | |
|---|---|
| *Network Resource Access Gateway or a registered Network Device. For a Trading System User, <u>the Account Record may store either an Earned Balance</u> or a Cash Balance. <u>An Earned Balance is one where credits are made for provision of Network Resources, due to the Trading System</u> User being an Access Gateway Operator.* | **Eligibility**<br><br>This Program is void in states and territories where referral benefits are prohibited by law, including Ohio and Virginia. Residents of such states or territories are not eligible to participate in the Program. Existing customers who refer others to the program using their unique referral link are "Referrers"; those who are referred and use the referral link to complete a purchase or lease of a Lucid vehicle are "Referred Customers." Referrers may be eligible to receive "Points" for every qualified referral as described below. Referrers and Referred Customers must be legally able to participate in the Program, must reside in the United States, and must be an individual who is at least eighteen years of age. When registering for the Program, Referrers must use the same email address that is registered with their existing Lucid account. Referrers must be current Lucid owners who are referring customers without an existing order to become first-time Lucid owners. Referrers who engage in spamming or other unfair or otherwise problematic practices, including creating fake accounts or harassing potential referral sources will be deemed ineligible to participate in the Program.<br><br>https://lucidmotors.com/referral-program |

### How It Works

To participate, you simply share the unique referral code generated for you and available in your Owner's Portal and Lucid app. You may share your link or QR code with friends and family. Lucid owners may only redeem points for up to 4 Referred Customers per calendar year. The limit will be reached when there are 4 confirmed orders using one referral link. Only one Referrer can be associated with a Referred Customer and Lucid will credit the first Referrer. If you are the first Referrer associated with that customer and that customer is a first-time customer who does not have an existing order, you will be considered a Referrer for that Referred Customer. If your referred customer places an order for and takes delivery of a Lucid vehicle, you will receive either reward points ("Points") . The number of Points for each Referred Customer depends upon the Lucid vehicle they purchase using your referral link, as shown in the table below. Both the Referrer and the Referred Customer accrue Points when a completed delivery using a referral code occurs. Referrers and Referred Customers may redeem their Points for items and/or experiences that match their value as indicated in the Lucid Rewards Store. Points values listed for items and experiences in the Lucid Rewards Store are exclusive of sales tax.

Points are only for designated Lucid products and experiences available in the Lucid Rewards Store and may never be redeemed for cash or products and services in the Lucid Store (store.lucidmotors.com). Points are non-transferrable, non-assignable, and cannot be bequeathed to anyone else in the event of death. Any product or experience redeemed by a Referrer is a final transaction, and such product or experience cannot be returned for a refund or exchanged. You are responsible for all taxes associated with points accrual and redemption. You are responsible for all taxes associated with points accrual and redemption. You may need to complete a W-9. To the extent permitted by applicable law, if you do not complete a Form W-9 within 60 days of such request, Lucid reserves the right to rescind your points.

Points will generally be awarded within 60 days of delivery of the Referred Customer's vehicle. Lucid may withhold or invalidate any Points garnered in ways that it deems fraudulent, suspect, or in violation of these Terms. Your points will expire two (2) years after they are issued or earlier if this program is terminated. All of Lucid's decisions are final and binding, except where prohibited, including when and if to terminate the Program, and whether, if at all, to change the Program. Any changes to the Program will be communicated to Referrers in any manner Lucid so chooses to Referrers and, except where prohibited, will become effective as of the date the communication is sent or published. If a Referrer has referrals pending at the time that updates are sent, those pending referrals shall be evaluated under the terms that were valid at the time the Referred Customer placed their order.

https://lucidmotors.com/referral-program

| Vehicle Purchased or Leased by Referred Customer* | Referrer Reward Earned | | Referred Customer Reward Earned |
|---|---|---|---|
| Lucid Air Pure | 2,000 points | | 2,000 points |
| Lucid Air Touring | 2,000 points | | 2,000 points |
| Lucid Air Grand Touring | 2,000 points | | 2,000 points |
| Lucid Air Sapphire | Not eligible | | Not eligible |
| Lucid Gravity Touring | 2,000 points | | 2,000 points |
| Lucid Gravity Grand Touring | 2,000 points | | 2,000 points |
| Lucid Gravity Dream Edition | Not eligible | | Not eligible |

*Points only available for the purchase or lease of a new Lucid vehicle. Not available for the purchase or lease of a demo or used Lucid vehicle. Not available for the purchase or lease of a demo or used Lucid vehicle.

Customers using their own referral link to purchase another Lucid vehicle will be eligible for the applicable "Referred Customer" reward, but they will not receive Referrer reward on their own purchase.

https://lucidmotors.com/referral-program

# Owners

October 23, 2023

 PDF Version

NEWARK, Calif., Oct. 23, 2023 /PRNewswire/ -- Lucid Group, Inc. (NASDAQ: LCID), setting new standards for luxury electric experience with the Lucid Air, winner of the 2023 World Luxury Car Award, today launched the Lucid Referral Program in the United States. The two-sided rewards program extends exclusive benefits to current Lucid Air owners, who can share their unique referral link with friends and family to give them new vehicle purchase discounts.



https://ir.lucidmotors.com/news-releases/news-release-details/lucid-introduces-us-referral-program-benefiting-current-and/

| | |
|---|---|
| | **For Current Owners**<br><br>Lucid Air owners will have access to unique referral links they can share with prospective customers in their network of family, friends, and colleagues. Once those links are successfully utilized to purchase and take delivery of a vehicle, the owner will receive points which accumulate toward the redemption of a variety of branded gear, vehicle accessories, or limited-edition products.<br><br>Owners will also be able to redeem their points for Lucid Experiences, including exclusive tours of Lucid's headquarters in Silicon Valley and Advanced Manufacturing Plant (AMP-1) in Casa Grande, Arizona. As part of the tour, owners will learn about the company's technology and the manufacturing process directly from Lucid's leadership.<br><br>Current owners can visit lucidmotors.com/referral-program for a full list of program rewards and details.<br><br>https://ir.lucidmotors.com/news-releases/news-release-details/lucid-introduces-us-referral-program-benefiting-current-and/ |
| applying network usage credits to a user having an account for accumulating credits based upon usage by at least one third party of a first network resource operated by said user;<br><br>**Col 14: lines 43-51**<br><br>*A central element of the invention is* | The accused instrumentality practices applying network usage credits (e.g., crediting points to the referrer's account) to a user (e.g., a referrer) of having an account (e.g., a Lucid account) for accumulating credits (e.g., crediting points to the referrer's account) based upon usage (e.g., purchase of new Lucid vehicle) by at least one third party (e.g., Referred Customer) of a first network resource (e.g., new Lucid vehicle) operated by said user (e.g., signing up via the referrer link).<br><br>As shown below, the accused instrumentality allows customers to earn and redeem points for purchase of new Lucid vehicle. Further, it offers a 'Refer a Friend' program that allows members to earn points by inviting friends to join the loyalty program.  The Referrer earns 2000 points in the Lucid account after the referred friend or family person completes the purchase of new Lucid vehicle using referrer's referral link. |

*allowing credit balances earned through providing access to Network Resources via an Access Gateway to be traded for access to Network Resources when the same owner/operator uses one of their Network Devices to access Network Resources via a different owner/operator's Access Gateway. In this embodiment of the invention, which provides broad flexibility for the Network Device User, each Network Device*



https://lucidmotors.com/referral-program

| | |
|---|---|
| *can be configured to use an Earned Balance i) First, ii) Last or iii) Never.* | The Lucid referral program is designed to celebrate and reward our most passionate advocates at every turn.<br><br>Earn points to redeem for vehicle accessories, exclusive Lucid merchandise, and unforgettable experiences.<br><br>https://lucidmotors.com/referral-program<br><br>**Legal**<br><br>Lucid Referral Program Terms & Conditions<br><br>Lucid USA, Inc. ("we,""us""Lucid") offers you the opportunity to earn rewards points by referring friends to purchase a Lucid vehicle (a "Vehicle Purchase"). Your participation in the Lucid Referral Program ("Lucid Referral Program" or "Program") can earn you points as described below. We reserve the right to terminate the Program at any time for any reason.<br><br>https://lucidmotors.com/referral-program |

Eligibility

This Program is void in states and territories where referral benefits are prohibited by law, including Ohio and Virginia. Residents of such states or territories are not eligible to participate in the Program. Existing customers who refer others to the program using their unique referral link are "Referrers"; those who are referred and use the referral link to complete a purchase or lease of a Lucid vehicle are "Referred Customers." Referrers may be eligible to receive "Points" for every qualified referral as described below. Referrers and Referred Customers must be legally able to participate in the Program, must reside in the United States, and must be an individual who is at least eighteen years of age. When registering for the Program, Referrers must use the same email address that is registered with their existing Lucid account. Referrers must be current Lucid owners who are referring customers without an existing order to become first-time Lucid owners. Referrers who engage in spamming or other unfair or otherwise problematic practices, including creating fake accounts or harassing potential referral sources will be deemed ineligible to participate in the Program.

https://lucidmotors.com/referral-program

How It Works

To participate, you simply share the unique referral code generated for you and available in your Owner's Portal and Lucid app. You may share your link or QR code with friends and family. Lucid owners may only redeem points for up to 4 Referred Customers per calendar year. The limit will be reached when there are 4 confirmed orders using one referral link. Only one Referrer can be associated with a Referred Customer and Lucid will credit the first Referrer. If you are the first Referrer associated with that customer and that customer is a first-time customer who does not have an existing order, you will be considered a Referrer for that Referred Customer. If your referred customer places an order for and takes delivery of a Lucid vehicle, you will receive either reward points ("Points") . The number of Points for each Referred Customer depends upon the Lucid vehicle they purchase using your referral link, as shown in the table below. Both the Referrer and the Referred Customer accrue Points when a completed delivery using a referral code occurs. Referrers and Referred Customers may redeem their Points for items and/or experiences that match their value as indicated in the Lucid Rewards Store. Points values listed for items and experiences in the Lucid Rewards Store are exclusive of sales tax.

Points are only for designated Lucid products and experiences available in the Lucid Rewards Store and may never be redeemed for cash or products and services in the Lucid Store (store.lucidmotors.com). Points are non-transferrable, non-assignable, and cannot be bequeathed to anyone else in the event of death. Any product or experience redeemed by a Referrer is a final transaction, and such product or experience cannot be returned for a refund or exchanged. You are responsible for all taxes associated with points accrual and redemption. You are responsible for all taxes associated with points accrual and redemption. You may need to complete a W-9. To the extent permitted by applicable law, if you do not complete a Form W-9 within 60 days of such request, Lucid reserves the right to rescind your points.

usage by at least one third party of a first network resource

Points will generally be awarded within 60 days of delivery of the Referred Customer's vehicle. Lucid may withhold or invalidate any Points garnered in ways that it deems fraudulent, suspect, or in violation of these Terms. Your points will expire two (2) years after they are issued or earlier if this program is terminated. All of Lucid's decisions are final and binding, except where prohibited, including when and if to terminate the Program, and whether, if at all, to change the Program. Any changes to the Program will be communicated to Referrers in any manner Lucid so chooses to Referrers and, except where prohibited, will become effective as of the date the communication is sent or published. If a Referrer has referrals pending at the time that updates are sent, those pending referrals shall be evaluated under the terms that were valid at the time the Referred Customer placed their order.

https://lucidmotors.com/referral-program



| Vehicle Purchased or Leased by Referred Customer* | Referrer Reward Earned | | Referred Customer Reward Earned |
|---|---|---|---|
| Lucid Air Pure | 2,000 points | | 2,000 points |
| Lucid Air Touring | 2,000 points | network usage credits | 2,000 points |
| Lucid Air Grand Touring | 2,000 points | | 2,000 points |
| Lucid Air Sapphire | Not eligible | | Not eligible |
| Lucid Gravity Touring | 2,000 points | | 2,000 points |
| Lucid Gravity Grand Touring | 2,000 points | | 2,000 points |
| Lucid Gravity Dream Edition | Not eligible | | Not eligible |

first network resource

*Points only available for the purchase or lease of a new Lucid vehicle. Not available for the purchase or lease of a demo or used Lucid vehicle. Not available for the purchase or lease of a demo or used Lucid vehicle.

Customers using their own referral link to purchase another Lucid vehicle will be eligible for the applicable "Referred Customer" reward, but they will not receive Referrer reward on their own purchase.

https://lucidmotors.com/referral-program

# Owners

October 23, 2023

 PDF Version

NEWARK, Calif., Oct. 23, 2023 /PRNewswire/ -- Lucid Group, Inc. (NASDAQ: LCID), setting new standards for luxury electric experience with the Lucid Air, winner of the 2023 World Luxury Car Award, today launched the Lucid Referral Program in the United States. The two-sided rewards program extends exclusive benefits to current Lucid Air owners, who can share their unique referral link with friends and family to give them new vehicle purchase discounts.



https://ir.lucidmotors.com/news-releases/news-release-details/lucid-introduces-us-referral-program-benefiting-current-and/

| | |
|---|---|
| | **For Current Owners**<br><br>Lucid Air owners will have access to unique referral links they can share with prospective customers in their network of family, friends, and colleagues. Once those links are successfully utilized to purchase and take delivery of a vehicle, the owner will receive points which accumulate toward the redemption of a variety of branded gear, vehicle accessories, or limited-edition products.<br><br>Owners will also be able to redeem their points for Lucid Experiences, including exclusive tours of Lucid's headquarters in Silicon Valley and Advanced Manufacturing Plant (AMP-1) in Casa Grande, Arizona. As part of the tour, owners will learn about the company's technology and the manufacturing process directly from Lucid's leadership.<br><br>Current owners can visit lucidmotors.com/referral-program for a full list of program rewards and details.<br><br>https://ir.lucidmotors.com/news-releases/news-release-details/lucid-introduces-us-referral-program-benefiting-current-and/ |
| substantially immediately processing a request by said user for usage of a second network resource operated by a fourth party and allowing access to said second network resource if said user has at least a predetermined amount of said network usage credits wherein | The accused instrumentality practices substantially immediately processing a request (e.g., a request for rewards such as variety of branded gear, vehicle accessories, limited-edition products at different Lucid store) by said user (e.g., a referrer) for usage of a second network resource (e.g., rewards such as variety of branded gear, vehicle accessories, limited-edition products at different Lucid store) operated by a fourth party (e.g., Lucid Rewards Store) and allowing access to said second network resource (e.g., rewards such as variety of branded gear, vehicle accessories, limited-edition products at different Lucid store) if said user (e.g., a referrer) has at least a predetermined amount of said network usage credits (e.g., required points for branded gear, vehicle accessories, limited-edition products at different Lucid store) wherein said first (e.g., new Lucid vehicle) and second resources (e.g., branded gear, vehicle accessories, limited-edition products) have a registered resource sharing arrangement in a connected system (e.g., a system of the accused instrumentality).<br><br>As shown below, the accused instrumentality allows customers to earn and redeem points for purchase of new Lucid vehicle. Further, it offers a 'Refer a Friend' program that allows members to earn points by inviting friends to join the loyalty program. The Referrer (e.g., a user) earns 2000 points after the referred friend or family person completes the purchase of new Lucid |

| | |
|---|---|
| said first and second resources have a registered resource sharing arrangement in a connected system.<br><br>**Col 17: lines 3-11**<br><br>*The Processing Element (11) must determine whether there is sufficient credit available in the Trading System User's Earned Balance to reserve for the remaining required period of Network Resource authorization.* If the Balance (403C) is not greater than or equal to the Reserve-Credit | vehicle using referrer's referral link. The earned points can be redeemed by the referrer (e.g., a user) for various rewards such as variety of branded gear, vehicle accessories, limited-edition products, etc. (e.g., a second network resource) at a different Lucid store (e.g., a fourth party).<br><br>When the user requests for using points to gain rewards such as discounts and exclusive perks at different stores, the system checks their earned points balance to determine if the user is eligible for the reward. Rewards are only accessible if there are sufficient points available, which are required for getting a reward. Thus, the accused instrumentality shares an agreement wherein the points can be earned and redeemed for all participating Lucid products.<br><br><br><br>https://lucidmotors.com/referral-program |

| | |
|---|---|
| (615) amount, then there is insufficient credit and the Requested-Authorization-Period (58) of the Request (40) cannot be satisfied, so a reduced Authorization Period must be calculated as follows:<br><br>**Col 17: lines 20-23**<br><br>_Alternatively, if there is sufficient credit available, then the Reserve-Credit (615) amount is deducted from the Trading System User's Earned Balance (403C) and added_ | The Lucid referral program is designed to celebrate and reward our most passionate advocates at every turn.<br><br>Earn points to redeem for vehicle accessories, exclusive Lucid merchandise, and unforgettable experiences. — second network resource operated by a fourth party<br><br>https://lucidmotors.com/referral-program<br><br>**Legal**<br><br>Lucid Referral Program Terms & Conditions<br><br>Lucid USA, Inc. ("we,""us""Lucid") offers you the opportunity to earn rewards points by referring friends to purchase a Lucid vehicle (a "Vehicle Purchase"). Your participation in the Lucid Referral Program ("Lucid Referral Program" or "Program") can earn you points as described below. We reserve the right to terminate the Program at any time for any reason.<br><br>https://lucidmotors.com/referral-program |

| | |
|---|---|
| *to the Total Credit Reservations (405C) for the Account.* | **Eligibility**<br><br>This Program is void in states and territories where referral benefits are prohibited by law, including Ohio and Virginia. Residents of such states or territories are not eligible to participate in the Program. Existing customers who refer others to the program using their unique referral link are "Referrers"; those who are referred and use the referral link to complete a purchase or lease of a Lucid vehicle are "Referred Customers." Referrers may be eligible to receive "Points" for every qualified referral as described below. Referrers and Referred Customers must be legally able to participate in the Program, must reside in the United States, and must be an individual who is at least eighteen years of age. When registering for the Program, Referrers must use the same email address that is registered with their existing Lucid account. Referrers must be current Lucid owners who are referring customers without an existing order to become first-time Lucid owners. Referrers who engage in spamming or other unfair or otherwise problematic practices, including creating fake accounts or harassing potential referral sources will be deemed ineligible to participate in the Program.<br><br>https://lucidmotors.com/referral-program |

How It Works

To participate, you simply share the unique referral code generated for you and available in your Owner's Portal and Lucid app. You may share your link or QR code with friends and family. Lucid owners may only redeem points for up to 4 Referred Customers per calendar year. The limit will be reached when there are 4 confirmed orders using one referral link. Only one Referrer can be associated with a Referred Customer and Lucid will credit the first Referrer. If you are the first Referrer associated with that customer and that customer is a first-time customer who does not have an existing order, you will be considered a Referrer for that Referred Customer. If your referred customer places an order for and takes delivery of a Lucid vehicle, you will receive either reward points ("Points") . The number of Points for each Referred Customer depends upon the Lucid vehicle they purchase using your referral link, as shown in the table below. Both the Referrer and the Referred Customer accrue Points when a completed delivery using a referral code occurs. Referrers and Referred Customers may redeem their Points for items and/or experiences that match their value as indicated in the Lucid Rewards Store. Points values listed for items and experiences in the Lucid Rewards Store are exclusive of sales tax.

Points are only for designated Lucid products and experiences available in the Lucid Rewards Store and may never be redeemed for cash or products and services in the Lucid Store (store.lucidmotors.com). Points are non-transferrable, non-assignable, and cannot be bequeathed to anyone else in the event of death. Any product or experience redeemed by a Referrer is a final transaction, and such product or experience cannot be returned for a refund or exchanged. You are responsible for all taxes associated with points accrual and redemption. You are responsible for all taxes associated with points accrual and redemption. You may need to complete a W-9. To the extent permitted by applicable law, if you do not complete a Form W-9 within 60 days of such request, Lucid reserves the right to rescind your points.

Points will generally be awarded within 60 days of delivery of the Referred Customer's vehicle. Lucid may withhold or invalidate any Points garnered in ways that it deems fraudulent, suspect, or in violation of these Terms. Your points will expire two (2) years after they are issued or earlier if this program is terminated. All of Lucid's decisions are final and binding, except where prohibited, including when and if to terminate the Program, and whether, if at all, to change the Program. Any changes to the Program will be communicated to Referrers in any manner Lucid so chooses to Referrers and, except where prohibited, will become effective as of the date the communication is sent or published. If a Referrer has referrals pending at the time that updates are sent, those pending referrals shall be evaluated under the terms that were valid at the time the Referred Customer placed their order.

https://lucidmotors.com/referral-program



| Vehicle Purchased or Leased by Referred Customer* | Referrer Reward Earned | | Referred Customer Reward Earned |
| --- | --- | --- | --- |
| Lucid Air Pure | 2,000 points | | 2,000 points |
| Lucid Air Touring | 2,000 points | network usage credits | 2,000 points |
| Lucid Air Grand Touring | 2,000 points | | 2,000 points |
| Lucid Air Sapphire | Not eligible | | Not eligible |
| Lucid Gravity Touring | 2,000 points | | 2,000 points |
| Lucid Gravity Grand Touring | 2,000 points | | 2,000 points |
| Lucid Gravity Dream Edition | Not eligible | | Not eligible |

first network resource

*Points only available for the purchase or lease of a new Lucid vehicle. Not available for the purchase or lease of a demo or used Lucid vehicle. Not available for the purchase or lease of a demo or used Lucid vehicle.

Customers using their own referral link to purchase another Lucid vehicle will be eligible for the applicable "Referred Customer" reward, but they will not receive Referrer reward on their own purchase.

https://lucidmotors.com/referral-program

# Owners

October 23, 2023

 PDF Version

NEWARK, Calif., Oct. 23, 2023 /PRNewswire/ -- Lucid Group, Inc. (NASDAQ: LCID), setting new standards for luxury electric experience with the Lucid Air, winner of the 2023 World Luxury Car Award, today launched the Lucid Referral Program in the United States. The two-sided rewards program extends exclusive benefits to current Lucid Air owners, who can share their unique referral link with friends and family to give them new vehicle purchase discounts.



https://ir.lucidmotors.com/news-releases/news-release-details/lucid-introduces-us-referral-program-benefiting-current-and/

**For Current Owners**

Lucid Air owners will have access to unique referral links they can share with prospective customers in their network of family, friends, and colleagues. Once those links are successfully utilized to purchase and take delivery of a vehicle, the owner will receive points which accumulate toward the redemption of a variety of branded gear, vehicle accessories, or limited-edition products.           second network resource operated by a fourth party

Owners will also be able to redeem their points for Lucid Experiences, including exclusive tours of Lucid's headquarters in Silicon Valley and Advanced Manufacturing Plant (AMP-1) in Casa Grande, Arizona. As part of the tour, owners will learn about the company's technology and the manufacturing process directly from Lucid's leadership.

Current owners can visit lucidmotors.com/referral-program for a full list of program rewards and details.

https://ir.lucidmotors.com/news-releases/news-release-details/lucid-introduces-us-referral-program-benefiting-current-and/